670

and *Messrs. Amos W. W. Woodcock* and *W. Marvin Smith* for the United States.

No. 708. HANSEN *v.* UNITED STATES. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward H. S. Martin* for petitioner. *Solicitor General Biggs* and *Messrs. Will G. Beardslee* and *W. Marvin Smith* for the United States.

No. 714. PAN AMERICAN PETROLEUM CORP. *v.* ALABAMA. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Joseph M. Jones* and *Emile Godchaux* for petitioner. *Mr. Thomas E. Knight, Jr.,* for respondent.

No. 716. BUFFUM, TRUSTEE IN BANKRUPTCY, *v.* GELINAS. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Robert T. Devlin, William H. Devlin, George R. Freeman,* and *Horace B. Wolff* for petitioner. *Mr. Arthur C. Huston* for respondent.

No. 720. MORETTI *v.* UNITED STATES. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Milton R. Kroopf* and *Louis Halle* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *John H. McEvers* for the United States.